UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEREK ROTONDO, on behalf of himself and all others similarly situated, | ) ) ) | CASE NO. 2:19-cv-02328 |
| | ) | Judge George C. Smith |
| Plaintiff, | ) ) | Magistrate Chelsey M. Vascura |
| vs. | ) ) | |
| JPMORGAN CHASE BANK, N.A. | ) ) | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT** |
| Defendant. | ) | |

The Court and parties hereto will take notice that Alyson Terrell of Ulmer & Berne LLP, 65 East State Street, Suite 1100, Columbus, Ohio 43215, telephone (614) 229-0042, fax (614) 229-0043, email aterrell@ulmer.com, and Jeffrey Dunlap of Ulmer & Berne LLP, 1660 E. 2nd Street, Suite 1100, Cleveland, Ohio 44113, telephone (216) 583-7026, fax (216) 583-7027, email jdunlap@ulmer.com, hereby enter their appearance as counsel of record for Defendant JPMorgan Chase Bank National Association in the above-captioned matter. This entry of appearance is made for record purposes only, pursuant to Civ. R. 5(A), 5(B) and 55(A), and shall not constitute a waiver of any claims or defenses available to said parties. It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record for Defendant.

Respectfully Submitted,

*/s/ Alyson Terrell*
Alyson Terrell (0082271)
ULMER & BERNE LLP
65 E. State St., Suite 1100
Columbus, OH  43215-4213
(614) 229-0042; Fax (614) 229-0043
aterrell@ulmer.com

and

Jeffrey S. Dunlap (0067923)
ULMER & BERNE LLP
1660 W. 2nd St., Suite 1100
Cleveland, OH 44113-1448
(216) 583-7026; Fax (216) 583-7027
jdunlap@ulmer.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Alyson Terrell*
Alyson Terrell (0082271)

283589