# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| DEREK ROTONDO, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE Bank, N.A.,<br><br>                  Defendant. | No. 19-cv-02328<br><br>District Judge George C. Smith<br>Magistrate Judge Chelsey M. Vascura |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, and in the Declarations of Peter Romer-Friedman, Galen Sherwin, Freda Levenson, and Derek Rotondo, the Parties respectfully request that the Court enter an Order:

(1)     finally certifying the Settlement Class as defined in the Joint Stipulation of Settlement Agreement and Release ("Agreement");

(2)     granting final approval of the Agreement;

(3)     granting any other relief that the Court deems just and proper.

Plaintiff submits a Proposed Order, attached hereto as Exhibit A, for the Court's convenience.

Dated: October 22, 2019

Respectfully submitted,

/s/ Freda Levenson
Freda Levenson (0045916)
*Trial Attorney*
**AMERICAN CIVIL LIBERTIES UNION OF OHIO FOUNDATION**
4506 Chester Avenue
Cleveland, OH 44103
Telephone: (614) 586-1958
flevenson@acluohio.org

Peter Romer-Friedman
Pooja Shethji
**OUTTEN & GOLDEN LLP**
601 Massachusetts Ave NW
Suite 200W
Washington, DC 20001
Telephone: (202) 770-7886
prf@outtengolden.com
pshethji@outtengolden.com

Deirdre Aaron
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
daaron@outtengolden.com

Galen Sherwin
**AMERICAN CIVIL LIBERTIES UNION WOMEN'S RIGHTS PROJECT**
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2644
gsherwin@aclu.org

*Attorneys for Plaintiff and the Putative Class*