# Exhibit 1

# Outten & Golden LLP
*Rotondo v. JPMorgan Chase Bank, N.A.*, Case No. 19-cv-2328 Lodestar Report

|  | Hours | Fees |
|---|---|---|
| **Attorneys** | **868.3** | **$509,668.50** |
| **Support Staff** | **135.1** | **$36,053.00** |
| **Total** | **1003.4** | **$545,721.50** |

| Attorneys | | | | | |
|---|---|---|---|---|---|
| **Name** | **Initials** | **Position** | **Hours** | **Rate** | **Total** |
| Adam T. Klein | ATK | Partner | 49.3 | $975.00 | $48,067.50 |
| Peter Romer-Friedman | PRF | Of Counsel | 273.2 | $750.00 | $204,900.00 |
| Juno Turner | JET | Partner | 51 | $750.00 | $38,250.00 |
| Deirdre A. Aaron | DAA | Partner | 270.9 | $525.00 | $142,222.50 |
| Menaka N. Fernando | MNF | Partner | 8 | $500.00 | $4,000.00 |
| Relic Sun | RXS | Associate | 31.5 | $425.00 | $13,387.50 |
| Pooja Shethji | PS | Associate | 160.2 | $325.00 | $52,065.00 |
| Danica Li | DXL | Staff Attorney | 24.2 | $280.00 | $6,776.00 |
| | | **Total:** | **868.3** | | **$509,668.50** |

| Support Staff | | | | | |
|---|---|---|---|---|---|
| **Name** | **Initials** | **Position** | **Hours** | **Rate** | **Total** |
| Natalie Chew | NTC | Paralegal | 113.9 | $270.00 | $30,753.00 |
| DC Law Clerk | DCLC | Law Clerk | 21.2 | $250.00 | $5,300.00 |
| | | **Total:** | **135.1** | | **$36,053.00** |