# Exhibit 2

**Outten & Golden LLP**
*Rotondo v. JPMorgan Chase Bank, N.A.*, Case No. 19-cv-2328 Costs Summary

| Category | Costs |
|---|---:|
| Computerized Research | $2,369.77 |
| Counsel Fee | $20.00 |
| Meals | $420.25 |
| Mediation | $12,700.00 |
| Miscellaneous | $29.87 |
| Postage | $62.52 |
| Printing/Copying | $67.00 |
| Telephone conferences | $108.89 |
| Travel | $5,240.05 |
| Website Design Cost | $121.18 |
| **Grand Total** | **$21,139.53** |