# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DEREK ROTONDO, on behalf of himself and all others similarly situated,**<br><br>                                    **Plaintiff,**<br><br>   v.<br><br>**JPMORGAN CHASE Bank, N.A.,**<br><br>                                    **Defendant.** | No. 19-cv-02328<br>Judge George C. Smith<br>Magistrate Judge Vascura |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of Magistrate Judge Chelsey M. Vascura's Report and Recommendation dated November 20, 2019 and the Parties' Stipulation Regarding Report and Recommendation, it is hereby **ORDERED** that:

1. The Court **ADOPTS** the Report and Recommendation issued by Magistrate Judge Vascura, ECF No. 32;

2. Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, ECF No. 22, is **GRANTED**; and

3. Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Reimbursement of Expenses, and Service Payment, ECF No. 24, is **GRANTED**.

      IT IS SO ORDERED.

                                                     *s/ George C. Smith*<br>
                                                    **GEORGE C. SMITH, JUDGE**<br>
                                                    **UNITED STATES DISTRICT COURT**